UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          :          MAGISTRATE NO.: __18-9046__

V.                                :          CRIMINAL ACTION

Nestor Rutti -                    :          ORDER OF RELEASE
        Aguilar

The Court orders the defendant, ___Nestor Rutti - Aguilar___, is ordered
released on a personal recognizance bond with the following bail conditions:

(1) Reporting, as directed, to U.S. Pretrial Services;

(2) The defendant shall appear at all future court proceedings;

(3) Submit to drug testing and treatment, as deemed necessary;

(4) Other: _____

_____          ___4/5/18___
DEFENDANT                         DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice
of the penalties applicable to violation of conditions of release.

_____
ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE

___4/5/18___
DATE

I hereby certify that the defendant was furnished (personally) a copy of this order and a notice
of penalties applicable to violation of conditions of release.

_____
U.S. PRETRIAL SERVICES OFFICER